UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AARON R. MEALER ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | No. 3:10-mc-0036 |
| ] | Judge Echols |
| MARK WAINWRIGHT, et al. ] | |
|     Defendants. ] | |

**O R D E R**

The Court has before it a *pro se* prisoner complaint (Docket Entry No. 1) under 42 U.S.C. § 1983. The plaintiff has neglected, however, to either pay the fee required for the filing of the complaint ($350) or submit a properly completed application to proceed in forma pauperis.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the requisite filing fee or provide a properly completed and signed application to proceed in forma pauperis. For the plaintiff's convenience, the Clerk will send him a blank application to proceed in forma pauperis.

The plaintiff is forewarned that, should he fail to comply with these instructions within the specified period of time, the complaint will be filed, the filing fee will be assessed against him and collected from his inmate trust account, and this action will be dismissed for want of prosecution.

It is so ORDERED.

                                                  Robert L. Echols
                                                  United States District Judge